**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**    08 CV 02167

|  |  |
|---|---|
| INVESTMENT ADVISORY GROUP, LLC, an Illinois Limited Liability Company, Plaintiff, <br><br> -v- <br><br> JEFFERY ASSET MANAGEMENT, LLC, a New York Limited Liability Company, Defendant. | Case No. _____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

INVESTMENT ADVISORY GROUP, LCC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parent, affiliates and/or subsidiaries of Investment Advisory Group, LLC.

Date: 3/3/08

Signature of Attorney

Attorney Bar Code: F0-7204

Form Rule7_1.pdf  SDNY Web 10/2007