STEWART OCCHIPINTI, LLP
Frank S. Occhipinti (FO-7204)
65 West 36th Street, 7th Floor
New York, NY 10018
(212) 239-5500 (tel)
(212) 239-7030 (fax)
focchipinti@somlaw.com

DIMONTE & LIZAK, LLC
Riccardo A. DiMonte
216 West Higgins Road
Park Ridge, IL 60068
(847) 698-9600 (tel)
(847) 698-9623 (fax)
(Of counsel)

**ORIGINAL**

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
INVESTMENT ADVISORY GROUP, LLC,
an Illinois Limited Liability Company,

       Plaintiff,

-against-

JEFFERY ASSET MANAGEMENT, LLC,
a New York Limited Liability Company,

       Defendant.
------------------------------------------------------X

Civil Action No.: 08 CV 02167 (WCC)
ECF CASE
**STIPULATION AND
ORDER OF DISCONTINUANCE**

  **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the parties herein, that the above captioned proceeding is dismissed with prejudice and without costs or attorneys fees as against any party; and

  **IT IS FURTHER STIPULATED AND AGREED** that the parties shall comply with the signed Settlement Agreement dated April 18, 2008 ("Settlement Agreement"). By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD
AND E-MAILED TO π COUNSEL

Settlement Agreement. Further, the case is dismissed with leave to reinstate for the purpose of enforcing the Settlement Agreement.

Dated: April 30, 2008

STEWART OCCHIPINTI, LLP

By: *[signature]*
Frank S. Occhipinti
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

*Attorneys for Plaintiff*

✓ Dated: White Plains, NY
May 9, 2008

HOWARD J. KERKER, PC

By: *[signature]*
Howard J. Kerker
600 Madison Avenue, Floor 22
New York, NY 10022-1675
(212) 758-0700

*Attorneys for Defendant*

✓ SO ORDERED:

*[signature]*
Honorable William C. Conner
United States District Court Judge

STEWART OCCHIPINTI, LLP
Frank S. Occhipinti (FO-7204)
65 West 36th Street, 7th Floor
New York, NY 10018
(212) 239-5500 (tel)
(212) 239-7030 (fax)
focchipinti@somlaw.com

DIMONTE & LIZAK, LLC
Riccardo A. DiMonte
216 West Higgins Road
Park Ridge, IL 60068
(847) 698-9600 (tel)
(847) 698-9623 (fax)
(Of counsel)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
INVESTMENT ADVISORY GROUP, LLC,       :
an Illinois Limited Liability Company, :       Civil Action No.: 08 CV 02167
                                      :
                         Plaintiff,   :
                                      :
         -against-                    :       **CERTIFICATION OF**
                                      :       **SERVICE**
JEFFERY ASSET MANAGEMENT, LLC,        :
a New York Limited Liability Company, :
                                      :
                         Defendant.   :
-------------------------------------------------------X

    CHARLES A. STEWART, III, an attorney admitted to practice in the United States District Court for the Southern District of New York, certifies, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that I am not a party to this action and am over eighteen years of age and that on May 7, 2008, I served the attached Stipulation and Order of Discontinuance, upon all counsel of record in this action by mailing true copies of the same via First Class Mail to the addresses listed below.

Dated: New York, New York
       May 8, 2008

                                            CHARLES A. STEWART, III (CS-7099)

DIMONTE & LIZAK, LLC
Riccardo A. DiMonte
216 West Higgins Road
Park Ridge, IL 60068
*Attorneys for Plaintiff* (Of counsel)

Howard J. Kerker
600 Madison Avenue, Floor 22
New York, NY 10022-1675
*Attorneys for Defendant*